| | |
|---|---|
| CATHERINE BARRETT; FREDDY JREISAT; and VALOR CAPITOL HOLDINGS, LLC d/b/a United Military Travel,<br>            Plaintiffs,<br><br>v.<br><br>USA SERVICE FINANCE, LLC; HEARTLAND CAPITAL INVESTMENTS, LLC; CHRISTOPHER E. BURNETT; DANIEL T. BURNETT; CEB INVESTMENTS, LLC; and GRACELAND PROPERTIES, LLC,<br>            Defendants. | **JUDGMENT**<br><br>No. 4:18-CV-155-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant Graceland Properties, LLC's motion to dismiss for failure to state a claim, motion to dismiss in part failure to state a claim by defendants USA Service Finance, LLC, Heartland Capital Investments, LLC, Christopher E. Burnett, Daniel T. Burnett, and CEB Investments, LLC, motion to dismiss for lack of personal jurisdiction by defendants USA Service Finance, LLC, Christopher E. Burnett, Daniel T. Burnett, and CEB Investments, LLC, and the motion to dismiss or, in the alternative, motion to transfer venue to the Western District of Kentucky by defendants USA Service Finance, LLC, Christopher E. Burnett, Daniel T. Burnett, and CEB Investments, LLC.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 5, 2019, and for the reasons set forth more specifically therein, that the motion to dismiss or, in the alternative, motion to transfer venue to the Western District of Kentucky by defendants USA Service Finance, LLC, Christopher E. Burnett, Daniel T. Burnett, and CEB Investments, LLC. is GRANTED. This case is TRANSFERRED to the United States District Court for the Western District of Kentucky.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** Defendant Graceland Properties, LLC's motion to dismiss for failure to state a claim is DENIED WITHOUT PREJUDICE, the motion to dismiss in part failure to state a claim by defendants USA Service Finance, LLC, Heartland Capital Investments, LLC, Christopher E. Burnett, Daniel T. Burnett, and CEB

Investments, LLC is DENIED WITHOUT PREJUDICE, and the motion to dismiss for lack of personal jurisdiction by defendants USA Service Finance, LLC, Christopher E. Burnett, Daniel T. Burnett, and CEB Investments, LLC is DENIED AS MOOT.

**This Judgment Filed and Entered on March 5, 2019, and Copies To:**
Scott F. Wyatt (via CM/ECF Notice of Electronic Filing)
Charles E. Simpson, Jr. (via CM/ECF Notice of Electronic Filing)
Craig Daniel Schauer (via CM/ECF Notice of Electronic Filing)
Daniel DeCederfelt Adams (via CM/ECF Notice of Electronic Filing)
Joshua Aaron Yost (via CM/ECF Notice of Electronic Filing)
Christina J. Banfield (via CM/ECF Notice of Electronic Filing)
Donavan John Hylarides (via CM/ECF Notice of Electronic Filing)

March 5, 2019                              PETER A. MOORE, JR., CLERK
                                            /s/ Susan W. Tripp
                                           (By) Susan W. Tripp, Deputy Clerk